No. 92–1823. Johnson, Special Administratrix of the Estate of Johnson, Deceased v. Ross, Representative of the Estate of Ross, Deceased, et al. C. A. 7th Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 92–1882. Texas v. De Freece. Ct. Crim. App. Tex. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 92–1933. Patuxent Institution Board of Review v. Hancock. Ct. App. Md. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 92–2022. City of Kansas City, Missouri v. Tolefree. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 93–69. Alabama v. Johnson. Sup. Ct. Ala. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 93–147. Department of Transportation and Development of Louisiana et al. v. Cosey. Ct. App. La., 4th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 93–196. Borg, Warden v. Turk. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 93–234. Michigan v. Marsh. Ct. App. Mich. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 92–1747. Appell v. Reno, Attorney General of the United States. C. A. D. C. Cir. Certiorari denied. Justice Ginsburg took no part in the consideration or decision of this petition.